619 A.2d 222

IN THE MATTER OF SIXTO L. MACIAS,
AN ATTORNEY AT LAW.

February 11, 1993.

## ORDER

This matter having been duly presented to the Court on the motion of SIXTO L. MACIAS, for the termination of the proctorship ordered by this Court on July 9, 1991, and the Office of Attorney Ethics having interposed no objection to said application, and good cause appearing;

It is ORDERED that the motion to terminate the proctorship imposed by this Court's Order of July 9, 1991, is granted.